**E-filed 8/9/06**

ANDREW M. ALTSCHUL (#226008)
ALTSCHUL LAW OFFICE, PC
117 SW Taylor Street, Suite 200
Portland, Oregon 97204
Telephone: 503.417.0444
Facsimile: 503.417.0501
E-mail: *andrew@portlandemploymentlaw.com*

Attorney for Defendant

F. ANTHONY EDWARDS (#181606)
LAW OFFICES OF F. ANTHONY EDWARDS
1850 Mt. Diablo Boulevard, Suite 650
Walnut Creek, California 94596
Telephone: 925.947.1600
Facsimile: 925.947.1990
E-mail: *esquireace@hotmail.com*

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MARC D. WILLIAMS**,<br><br>Plaintiff,<br><br>v.<br><br>**THE STANDARD INSURANCE COMPANY**, and **DOES 1 TO 50**, inclusive,<br><br>Defendants. | Case No. C06-04495-JF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANT'S TO FILE INITIAL RESPONSIVE PLEADING** |

WHEREAS, Defendant Standard Insurance Company ("Defendant") removed this matter to federal court on July 24, 2006;

WHEREAS, Defendant's initial responsive pleading is due August 10, 2006—thirty days from service;

WHEREAS, due to the press of business and other prescheduled commitments, Defense counsel needs additional time to prepare Defendant's initial responsive pleading and to give the parties time to confer about a likely motion to dismiss;

WHEREAS, the parties agree to an extension of time from August 10, 2006 to September 8, 2006 for Defendant to file its initial responsive pleading;

WHEREAS, the agreed upon extension of time will not necessarily affect the October 13, 2006 Case Management Conference or any other deadline set by the Court, and good cause exists for entering an order extending the deadline for Defendant to file its initial responsive pleading;

**IT IS STIPULATED AND AGREED** by the parties to extend the time within which Defendant Standard Insurance Co. may plead or otherwise respond to the initial Complaint from August 10, 2006 to September 8, 2006.

**IT IS SO STIPULATED.**

DATED: August 1, 2006. ALTSCHUL LAW OFFICE, PC

/s/ Andrew Altschul
Andrew M. Altschul (#226008)
Attorney for Defendant

DATED: July 31, 2006 LAW OFFICES OF F. ANTHONY EDWARDS

/s/ F.Anthony Edwards
F. Anthony Edwards (#181606)
Attorney for Plaintiff

**PURSUANT TO STIPLULATION, IT IS SO ORDERED.**

DATED: 8/8/06 By: ____________________
HON. JEREMY FOGEL
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT'S TO FILE INITIAL RESPONSIVE PLEADING** on the following named person(s):

F. ANTHONY EDWARDS (#181606)
LAW OFFICES OF F. ANTHONY EDWARDS
1850 Mt. Diablo Boulevard, Suite 650
Walnut Creek, California 94596

Attorneys for plaintiff

on the date indicated below by

☐ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

x Electronic Delivery via CM/ECF filing

in the matter *Williams v. Standard Insurance Company*, Case No. C06-04495-JF (ND CA).

DATED: August 1, 2006.

ALTSCHUL LAW OFFICE, PC

/s/Andrew Altschul

Andrew M. Altschul, WSB No. 32025
Telephone: (503) 417-0444
Facsimile: (503) 417-0501
Email: *andrew@portlandemploymentlaw.com*

Attorney for Defendant