**E-filed 10/3/06**

1 | ANDREW M. ALTSCHUL (#226008)
ALTSCHUL LAW OFFICE, PC
117 SW Taylor Street, Suite 200
Portland, Oregon  97204
Telephone:  503.417.0444
Facsimile:  503.417.0501
E-mail: *andrew@portlandemploymentlaw.com*

   Attorney for Defendant

F. ANTHONY EDWARDS (#181606)
LAW OFFICES OF F. ANTHONY EDWARDS
1850 Mt. Diablo Boulevard, Suite 650
Walnut Creek, California 94596
Telephone:  925.947.1600
Facsimile:  925.947.1990
E-mail: *esquireace@hotmail.com*

   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MARC D. WILLIAMS**,<br><br>     Plaintiff,<br><br>     v.<br><br>**THE STANDARD INSURANCE COMPANY**, and **DOES 1 TO 50**, inclusive,<br><br>     Defendants. | Case No. C06-04495-JF<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

   WHEREAS, the Case Management Conference in this matter is currently set to be heard at 10:30 a.m. on October 13, 2006;

   WHEREAS, Defendant Standard Insurance Company's Motion to Dismiss Plaintiff's First Amended Complaint is currently set to be heard at 9:00 a.m. on October 27, 2006;

   WHEREAS, the Case Management Conference is moot should this matter be dismissed;

- 1 -

**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

1  **IT IS STIPULATED AND AGREED** by the parties to continue the Case Management
2  Conference from 10:30 a.m. on October 13 to 10:30 a.m. on October 27.
3
4  **IT IS SO STIPULATED.**
5  DATED:  September 22, 2006          ALTSCHUL LAW OFFICE, PC
6
7                                              /s/ Andrew Altschul
                                            Andrew M. Altschul (#226008)
8                                           Attorney for Defendant
9
   DATED:  September 22, 2006          LAW OFFICES OF F. ANTHONY EDWARDS
10
11
                                              /s/ F.Anthony Edwards
12                                          _____
                                            F. Anthony Edwards (#181606)
13                                          Attorney for Plaintiff
14
15 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
16
17  DATED:___10/2/06_____        By:_____[signature]_____
                                            HON. JEREMY FOGEL
18                                          United States District Court Judge
19
20
21
22
23
24
25
26
27
28

-2-

**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE** on the following named person(s):

F. ANTHONY EDWARDS (#181606)
LAW OFFICES OF F. ANTHONY EDWARDS
1850 Mt. Diablo Boulevard, Suite 650
Walnut Creek, California 94596

Attorneys for plaintiff

on the date indicated below by

☐ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

x Electronic Delivery via CM/ECF filing

in the matter *Williams v. Standard Insurance Company*, Case No. C06-04495-JF (ND CA).

DATED: September 22, 2006.

ALTSCHUL LAW OFFICE, PC

/s/Andrew Altschul

_____
Andrew M. Altschul, WSB No. 32025
Telephone: (503) 417-0444
Facsimile: (503) 417-0501
Email: *andrew@portlandemploymentlaw.com*

Attorney for Defendant

- 1 -

**CERTIFICATE OF SERVICE**