1   ANDREW M. ALTSCHUL (#226008)
    ALTSCHUL LAW OFFICE, PC
2   117 SW Taylor Street, Suite 200
    Portland, Oregon 97204
3   Telephone: 503.417.0444
    Facsimile:  503.417.0501
4   E-mail: *andrew@portlandemploymentlaw.com*

5          Attorney for Defendant

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

12  **MARC D. WILLIAMS**,

13          Plaintiff,

14          v.                                  Case No. C06-04495-JF

15  **THE STANDARD INSURANCE**
    **COMPANY**, and **DOES 1 TO 50**, inclusive,   [~~PROPOSED~~] ORDER GRANTING
16                                               DEFENDANT'S UNOPPOSED REQUEST
            Defendants.                          TO APPEAR BY TELEPHONE AT THE
17                                               OCTOBER 27, 2006 MOTION TO
                                                 DISMISS HEARING AND CASE
18                                               MANAGEMENT CONFERENCE

19                                               Date: October 27, 2006
                                                 Time: 9~~:00 a.m. and 10:30~~ a.m.   1:30 PM
20                                               Room: #3, 5th Floor
                                                 Judge: Honorable Jeremy Fogel
21

22
            Pursuant to Defendant's Unopposed Request to Appear by Telephone at the October 27,
23
    2006 Motion to Dismiss hearing and Case Management Conference, IT IS HEREBY ORDERED
24
    THAT:
25
            The parties may appear by telephone at the hearing on Defendant's Motion to Dismiss and
26
                                              1:30 PM
27  the Case Management Conference scheduled for ~~9:00 a.m. and 10:30a.m., respectively,~~ on

28  October 27, 2006.

- 1 -

1
2
3
4    DATED:    10/23/06              By: _____
5                                         HON. JEREMY FOGEL
                                          United States District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

**[PROPOSED] OREDER GRANTING DEFENDANT'S UNOPPOSED REQUEST TO APPEAR BY TELEPHONE AT THE OCTOBER 27, 2006 MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE**

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED REQUEST TO APPEAR BY TELEPHONE AT THE OCTOBER 27, 2006 MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE** on the following named person(s):

F. ANTHONY EDWARDS (#181606)
LAW OFFICES OF F. ANTHONY EDWARDS
1850 Mt. Diablo Boulevard, Suite 650
Walnut Creek, California 94596


Attorneys for plaintiff

on the date indicated below by

☐   mailing with postage prepaid

☐   hand delivery

☐   facsimile transmission

☐   overnight delivery

x   Electronic Delivery via CM/ECF filing

in the matter *Williams v. Standard Insurance Company*, Case No. C06-04495-JF (ND CA).


DATED:     October 16, 2006.

ALTSCHUL LAW OFFICE, PC

/s/Andrew Altschul
_____
Andrew M. Altschul, WSB No. 32025
Telephone:  (503) 417-0444
Facsimile:  (503) 417-0501
Email: *andrew@portlandemploymentlaw.com*

Attorney for Defendant

- 1 -

**CERTIFICATE OF SERVICE**